**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6271**

MICHAEL THURSTON,

Plaintiff - Appellant,

v.

OFFICERS OF HENRICO COUNTY POLICE DEPARTMENT; TORREY HARRISON, Badge #1714; JUSTIN BENDLE, Badge #1586; JENNIFER CLARK, Badge #948; CHRISTOPHER T., Badge #1658; ANDREW MARTIN, Badge #1840; KELLEY BRENDAN, Badge #1538; CHRISTOPHER B., Badge #1020; SHORETTA D. FORD, Badge #1828,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Roderick Charles Young, District Judge. (3:24-cv-00487-RCY-MRC)

Submitted: May 22, 2025                                Decided: June 30, 2025

Before KING, AGEE, and WYNN Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Thurston, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Thurston appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint as time-barred. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Thurston v. Henrico Cnty. Police Dep't*, No. 3:24-cv-00487-RCY-MRC (E.D. Va., March 24, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*